UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE ELLERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-cv-03139 |
| ENCORE GLOBAL, NICOLE ) | |
| CERQUA, and BEN ERWIN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S ANSWER**

Defendant, ENCORE GLOBAL, ("Defendant") by and through its undersigned counsel hereby Answers Plaintiff's Complaint and states as follows.

1. In response to Paragraphs I and II of the Complaint, Defendant admits that it is identified correctly, that it is a corporation doing business in Illinois at the address stated therein, and that this Court has jurisdiction over the claim asserted by Plaintiff against this Defendant, but is without knowledge of Plaintiff's address and otherwise denies the remaining allegations there.

2. In response to Paragraphs III, IV, V and VI of the Complaint, Defendant admits that Plaintiff was employed by Defendant, that he went on a leave of absence, that he was informed of discrepancies in documents he provided to Defendant and asked to explain them, and that Plaintiff filed a charge of discrimination, but otherwise denies the remaining allegations and claim for relief therein.

3. Defendant denies all allegations not expressly admitted above.

**FIRST AFFIRMATIVE DEFENSE**

Some or all of Plaintiff's claims and relief requested, as a matter of law, fail to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's termination from employment was due to legitimate nondiscriminatory reasons wholly unrelated to any alleged disability of Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

To the extent that Plaintiff asserts allegations in the Complaint or attempts to assert claims that relate to alleged acts of discrimination not encompassed within a charge filed with and investigated by the EEOC or any appropriate state or local agency, these claims and/or events are not properly before the court.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant took all reasonable steps to make certain all of its actions were in compliance with federal law.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant made and continues to make reasonable and diligent efforts to adopt and enforce preventative and remedial measures designed to ensure compliance with the ADA, and Plaintiff unreasonably failed to avail himself of these preventative and remedial programs, including failure to report his allegations in compliance with Defendant's established procedure for doing so. Therefore, Plaintiff cannot recover damages that could have been avoided if he had done so.

**SIXTH AFFIRMATIVE DEFENSE**

Any improper or illegal actions by any employee of Defendant were independent, intervening, and unforeseeable acts that were not ratified, confirmed, or approved by Defendant and thus cannot be attributed or imputed to Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate damages either willfully or due to Plaintiff's inability to work and therefore Plaintiff's claim to any recovery is barred.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff has asserted no facts that would support a claim for punitive damages. Therefore, Plaintiff has failed to state a claim upon which relief can be granted for punitive damages.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, waiver, release, unclean hands, laches, and such other equitable defenses as are permitted by applicable law.

WHEREFORE, premises considered, Defendants pray this Court, upon hearing hereof, enter judgment as follows:

1. Ordering that Plaintiff take nothing by this action;

2. Dismissing Plaintiff's Complaint against Defendant and any claims therein in their entirety with prejudice;

3. Ordering that judgment be entered in Defendants' favor; and

4. Awarding Defendants such other relief, both at law and in equity, to which they may show themselves to be justly entitled.

Dated: July 23, 2025            Respectfully Submitted,

By: /s/ *Matthew C. Wasserman*

Matthew C. Wasserman (ARDC #6287638)
Dinsmore & Shohl LLP
222 W. Adams St., Suite 3400
Chicago, IL 60606
(312) 775-1743
Matthew.Wasserman@Dinsmore.com

***Attorneys for Encore Global, Nicole Cerqua and Ben Erwin.***

## CERTIFICATE OF SERVICE

        I hereby certify that on July 23, 2025, a true and exact copy of the foregoing document was electronically filed with the Clerk of the District Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and via email to the party listed below. Parties may access this filing through the Court's electronic filing.

Terrence Ellery
5168 W. Wabansia
Chicago, IL 60639
terrencetellery@gmail.com

                                                    /s/ *Matthew C. Wasserman*
                                                    Attorney