Terrence Ellery
        Plaintiff,

v.                Case No.: 1:25−cv−03139
                Honorable John Robert Blakey

Encore Global, et al.
         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

  MINUTE entry before the Honorable John Robert Blakey: Plaintiff filed a pro se complaint alleging employment discrimination in violation of the Americans with Disabilities Act, see [9]. He names as Defendants his employer, Encore Global, but he also names Encore's HR director, Nicole Cerqua, and CEO, Ben Erwin, id. Encore answered the complaint, [14]. But the individual defendants move to dismiss, [15]. And rightly so. The ADA provides only for employer, not individual, liability. Silk v. City of Chicago, 194 F.3d 788, 797 (7th Cir. 1999). See also Venticinque v. City of Chicago Dep't of Aviation, No. 21−CV−3084, 2022 WL 4095056, at *7 (N.D. Ill. Sept. 7, 2022) (the ADA does not impose individual liability); Pearson v. Bd. of Trs. of N. Illinois Univ., No. 19−CV−06060, 2021 WL 4815269, at *2 (N.D. Ill. Apr. 26, 2021) (ADA claims cannot be filed against individuals); Delafuente v. Nw. Mem'l Hosp., No. 03 C 05817, 2006 WL 1749940, at *2 (N.D. Ill. June 21, 2006) ("The ADA does not provide for individual liability, instead limiting actions to employers under the legal theory of respondeat superior."). Because Plaintiff's allegations do not support a claim against either individual, the Court grants the motion [15] and dismisses Plaintiff's claim as to Defendants Cerqua and Erwin. Plaintiff and Defendant Encore Global shall file a joint status report by 8/15/25, using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.