UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE ELLERY,           ) | |
|         Plaintiff,     ) | |
| v.                         ) | Case No. 1:25-cv-03139 |
| ENCORE GLOBAL, NICOLE CERQUA, and BEN ERWIN, ) | |
|         Defendants.    ) | |

## JOINT INITIAL STATUS REPORT

Plaintiff, TERRENCE ELLERY, and Defendant, ENCORE GLOBAL, submit their Joint Initial Status Report.

1. **The status of service of process upon each defendant:**

   - Defendant in this matter has been served.

2. **A description of each party's claims and defenses:**

   **Plaintiff's Statement:**

   - Plaintiff contends that he was terminated from employment because of his disability while on leave of absence due to that disability.

   **Defendant's Statement:**

   - Defendant Encore denies that Plaintiff was terminated from employment due to his alleged disability. Encore terminated Plaintiff's employment for legitimate nondiscriminatory reasons.

3. **Details regarding any discussions concerning settlement, whether before or after the filing of the lawsuit:**

   - The Parties have discussed settlement. Settlement at this juncture is unlikely.

4. **A proposed discovery and pretrial schedule:**

a) Initial Disclosures:   **September 5, 2025**
b) Motions for leave to join other parties:     **October 31, 2025.**
c) Amend the pleadings: **October 31, 2025**
d) File dispositive motions: **May 29, 2026**
e) Initial Designation of experts**: June 30, 2026\***
f) Responsive designation of experts: **July 30, 2026\***
g) Objections to experts: **August 18, 2026\***
h) Discovery Cutoff: **April 30, 2026**

**5.    Any other matters that any party wishes to bring to the Court's attention:**

- \*The parties propose that expert disclosure and rebuttal be permitted after the Court rules on Defendant's Motion for Summary Judgment. If no Motion for Summary Judgment is filed, the above dates would apply.
- Plaintiff desires that the Court be aware that Plaintiff:
    - Requests a trial by jury
    - Plaintiff consents to the trial of this matter before the Magistrate

**6.    Magistrate Judge Jurisdiction**

- The parties do not jointly consent to have this matter tried before the Magistrate.

Dated: August 12, 2025                                      Respectfully Submitted,

*/s/ Terrence Ellery*                                      By: */s/ David S. Shankman*
Terrence Ellery                                            David S. Shankman
5168 W. Wabansia                                           Dinsmore & Shohl LLP
Chicago, IL 60639                                          201 N. Franklin St., Suite 3050
terrencetellery@gmail.com                                  Tampa, FL 33602
                                                           (813) 543-9848
                                                           David.Shankman@dinsmore.com


                                                           By: */s/ Matthew C. Wasserman*
                                                           Matthew C. Wasserman
                                                           Dinsmore & Shohl LLP
                                                           222 W. Adams St., Suite 3400
                                                           Chicago, IL 60606
                                                           (312) 775-1743
                                                           Matthew.Wasserman@Dinsmore.com

                                                           ***Attorneys for Encore Global, Nicole Cerqua and Ben Erwin.***

# **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 12th day of August, 2025, a true and correct copy of the forgoing document was electronically filed with the Clerk of the District Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and via email to the party listed below.  Parties may access this filing through the Court's electronic filing.

Terrence Ellery
5168 W. Wabansia
Chicago, IL 60639
terrencetellery@gmail.com

                                                /s/ *David S. Shankman*
                                                Attorney